DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————

SYRUS WILSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2154

—————————————

December 27, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Lon S. Arend, Judge.

Syrus Wilson, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and KHOUZAM, JJ., Concur.

—————————————

Opinion subject to revision prior to official publication.